# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LARRY REED-EL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:18CV641 HEA |
| MISSOURI DEPT. OF CORR., et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to file an amended complaint. The Court will provide plaintiff an additional thirty (30) days to amend his complaint in accordance with the instructions set forth in its May 18, 2018 Memorandum and Order. Plaintiff's failure to comply with the instructions in the Court's Memorandum and Order will result in a dismissal of plaintiff's action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to amend his complaint [Doc. #5] is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff shall file his amended complaint in compliance with this Court's May 18, 2018 Memorandum and Order **no later than thirty (30) days from today's date**.

**IT IS FURTHER ORDERED** that plaintiff's failure to file his amended complaint in compliance with the instructions set forth in the May 18, 2018 Memorandum and Order, and in a timely manner, will result in a dismissal of this action, without prejudice.

Dated this 14th day of June, 2018

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE